# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, B.T. PALMER, S.P. LOGAN**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ELIEJAH K. WILLIAMS**
**AIRMAN (E-3), U.S. NAVY**

**NMCCA 201500403**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 17 August 2015.
**Military Judge:** CDR Heather Partridge, JAGC, USN.
**Convening Authority:** Commanding Officer, Carrier Airborne Early Warning Squadron 126, Norfolk, VA.
**Staff Judge Advocate's Recommendation:** LCDR Adam Yost, JAGC, USN.
**For Appellant:** Maj Jeffrey Stephens, USMCR.
**For Appellee:** Mr. Brian K. Keller, JAGC, USN.

**29 February 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court